**David K. BYERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 103657**

Missouri Court of Appeals,
Eastern District,
<u>DIVISION ONE.</u>

Filed: November 29, 2016

Lisa M. Stroup, St. Louis, MO, for appellant.

Christine Lesicko, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

### PER CURIAM.

David K. Byers appeals, after an evidentiary hearing, from the denial of his Rule 24.035 motion for post-conviction relief. We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).